USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-17-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

2294, LLC, et al.,

Plaintiffs,

-against-

26-cv-10042 (LAK)

N4XT EXPERIENCES, INC., et al.,

Defendants.

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

The complaint as filed does not comply with Section 5.1 of the Court's ECF Rules. Plaintiffs' counsel, in consultation with the Clerk's Office, promptly shall take such steps as are necessary bring it into compliance with that Section.

SO ORDERED.

Dated: November 17, 2026

Lewis A. Kaplan
United States District Judge